THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP W. ROTH et al., Respondents, *v.* RICHARD D. C. RUDHARD et al., Constituting the Board of Assessors of the Village of Kenmore et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA R. WINTER, Respondent, *v.* RICHARD D. C. RUDHARD et al., Constituting the Board of Assessors of the Village of Kenmore et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK TOISUL, Respondent, *v.* RICHARD D. C. RUDHARD et al., Constituting the Board of Assessors of the Village of Kenmore et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CAROLINE FRITZ et al., Respondents, *v.* RICHARD D. C. RUDHARD et al., Constituting the Board of Assessors of the Village of Kenmore et al., Appellants.

*People ex rel. Roth* v. *Rudhard*, 140 App. Div. 883, affirmed.
*People ex rel. Winter* v. *Rudhard*, 140 App. Div. 883, affirmed.
*People ex rel. Toisul* v. *Rudhard*, 140 App. Div. 883, affirmed.
*People ex rel. Fritz* v. *Rudhard*, 140 App. Div. 883, affirmed.
(Argued June 3, 1912; decided June 18, 1912.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1910, which affirmed an order of Special Term reducing an assessment upon property of the relators for purposes of taxation for the year 1909.

*Percy S. Lansdowne* for appellants.

*George H. Frost* and *George B. Burd* for respondents.

Order in each case affirmed, with disbursements in all cases, but with but one bill of costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.